## Moss, Appellant, *v.* Rozic.

 Argued November 12, 1973. *Frank P. Krizner,* with him *McCandless, Chew & Krizner,* for appellant; *William C. Robinson,* with him *Henninger & Robinson,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the judgment is affirmed.

SPAULDING, J., absent.

## Pannullo, Appellant, *v.* Firestone Tire & Rubber Co. et al.

 Submitted September 17, 1973. *Raymond M. Victor* and *Morris & Victor,* for appellant; *Morton F. Daller,* and *Rawle & Henderson,* for appellee, The Firestone Tire & Rubber Co.; *John P. Penders,* and *Marshall, Dennehey & Warner,* for appellee, Tecumseh Products Company.

Order affirmed.